FILED

APR -7 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

25-2044
#350

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re:

Charise Denise Felton and Arthur James Felton Jr.,

Debtors.


Mary Ann Belarmino-Spradlin,

Plaintiff,


v.


Charise Denise Felton and Arthur James Felton Jr.,

Defendants.


Bankruptcy Case No. 2:25-21364

Chapter 7


Complaint to Determine Abuse of Bankruptcy Process and for Declaratory Relief and Non-Dischargeability of Debt


1. Jurisdiction and Venue

This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. § 1409.


2. Parties

Plaintiff Mary Ann Belarmino-Spradlin, is the lawful owner of the residential real property located at

Mary Ann Belarmino-Spradlin is the lawful owner of the residential real estate property located at

101 Clematis Street, Vacaville, CA 95687. She resides at 8013 Germander Court, Vacaville, CA 95687.

Defendants, Charise Denise Felton and Arthur James Felton Jr., are the debtors in Chapter 7 Bankruptcy Case No. 2:25-21364, and reside at 101 Clematis Street, Vacaville, CA 95687.

3. Factual Allegations

On February 1, 2025, Defendants entered into a written lease agreement for the subject property. Defendants provided two Bank of America Zelle printouts purporting to show scheduled payments of $3,995.00 and $7,990.00. However, no funds were ever transferred.

On February 10, 2025, Plaintiff served a 3-Day Notice to Pay Rent or Quit. Defendants failed to pay or vacate. On February 13, 2025, they were in breach of lease agreement.

Despite nonpayment, Defendants remained in possession of the property. Their actions demonstrate intent to deceive and avoid payment obligations.

Defendants submitted a rental application falsely stating that they had no prior evictions and reported monthly income more than 4.7 times the rent.

In the same application, Defendant Charise Felton falsely listed a different individual as her former landlord instead of the actual landlord, Kenneth, and falsely claimed she lived at the prior property for five years and fulfilled the lease terms.

In reality, Kenneth has provided a written statement confirming Charise Felton was evicted, owed back rent, and left the property damaged (Exhibit F).

These misrepresentations were made with intent to induce Plaintiff to enter a lease agreement.

Text messages and emails from Defendant Charise Felton indicate the bankruptcy filing was used to delay eviction (Exhibits B and E).

Zelle payment records and Wells Fargo screenshots confirm no payments were received (Exhibits C and C-1).

Trustee communications show required filings were not submitted (Exhibit G), and the court issued a notice of intent to dismiss (Exhibit H)

4. First Cause of Action - Abuse of Bankruptcy Process

Plaintiff incorporates all preceding paragraphs.

Defendants filed for Chapter 7 in bad faith to delay eviction. This constitutes an abuse of the bankruptcy process.


5. Second Cause of Action - Non-Dischargeability Under 11 U.S.C. § 523(a)(2)

Defendants made false statements and acted under false pretenses to induce Plaintiff to lease the property. These included knowingly false statements regarding prior evictions, income, prior landlord information, and payment obligations. Their failure to pay any rent and misuse of bankruptcy protections constitute actual fraud under 11 U.S.C. § 523(a)(2).


6. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

(a) Declare that the automatic stay does not apply, or alternatively, that it be lifted;

(b) Allow Plaintiff to proceed with her state court unlawful detainer proceeding;

(c) Determine that the unpaid rental debt, including $16,520.00 in unpaid rent, security deposit, late fees, and court costs, is non-dischargeable under 11 U.S.C. § 523(a)(2);

(d) Award Plaintiff any costs incurred in bringing this action; and

(e) Grant such other and further relief as the Court deems just and proper.


7. Supporting Exhibits

Exhibit A: Rental Application submitted by Defendant Charise Felton.

Exhibit B: Text message conversation with Defendant.

Exhibit C: Bank of America Zelle printouts.

Exhibit C-1: Wells Fargo screenshots confirming no payments received.

Exhibit C-2: Tenant Ledger

Exhibit C-2: Tenant ledger

Exhibit D: 3-Day Notice to Pay Rent or Quit.

Exhibit E: Email from Defendant threatening Plaintiff.

Exhibit F: Prior landlord statement regarding eviction and damages.

Exhibit G: Email from Trustee Ethan Birnberg.

Exhibit H: Bankruptcy Court's Notice of Incomplete Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Mary Ann Belarmino-Spradlin

8013 Germander Court

Vacaville, CA 95687

Phone: (415) 559-9197

Email: Mrynnblrmn@gmail.com

Pro Se Plaintiff

## EXHIBIT INDEX - ADVERSARY PROCEEDING

**Exhibit A**

Rental Application submitted by Charise Felton - falsely claims no prior evictions, inflates income, and misrepresents prior landlord.

**Exhibit B**

Text message conversation - shows intent to delay eviction using bankruptcy.

**Exhibit C**

Bank of America Zelle printouts submitted on February 1, 2025, purporting to confirm payments of $3,995.00 and $7,990.00, but no funds were transferred.

**Exhibit C-1**

Wells Fargo and Zelle screenshots from Plaintiff confirming no payments received.

**Exhibit C-2**

Tenant Ledger for 101 Clematis Street as of April 2, 2025 - shows $16,520 in unpaid rent, deposit, and fees. No payments were ever received.

**Exhibit D**

3-Day Notice to Pay Rent or Quit - served February 10, 2025. Defendants breached lease on February 13.

**Exhibit E**

Email from Charise Felton - threat to retaliate for pursuing eviction.

**Exhibit F**

Statement from prior landlord Kenneth - confirms actual eviction and damages, contradicting rental application.

**Exhibit G**

Trustee correspondence - confirms required bankruptcy filings were not submitted.

**Exhibit H**

Notice of Incomplete Filing from Bankruptcy Court - intent to dismiss for procedural noncompliance.

# EXHIBIT A


**Zillow**
**Rental Manager**

# Rental application

101 Clematis St, Vacaville CA 95687

## Charise Felton

Applied January 26, 2025, 11:34pm

## Quick summary

**Occupants**
4 people

**Smokers**
No

**Move-in date**
02/01/2025

**Total income**
$18,792/mo

**Income-to-rent**
4.7X

**Privacy notice**

This document contains the applicant's personal information. Please only share with those who need to review the application. Once you've reviewed the document, properly dispose it to protect the applicant's privacy.

**Zillow**
**Rental Manager**

# Charise Felton ✓ Identity verified

✉ chariseb@gmail.com    ☏ (707) 372-1302

## Income             $18,792/mo

**Business Development Manager**       $14,320/mo
Zenith Incorporated

**Child support**       $4,472/mo
Other

## Employment history

**Business Development Manager**       Aug 2020 - present
Zenith Incorporated
**Employer:** Zenith NEMT • (707) 278-8722 • zenithnemt@gmail.com

## Residence history

**1007 White Alder Way, Fairfield CA 94533**       Aug 2008 - present
Renter home • Monthly rent: $5,000
**Rental Manager:** Kay Morris • (707) 759-0684
**Reason for leaving:** "Lease obligations fulfilled."

# Other information

## About me

Thank you for your consideration of my application. My current credit score is 674. I am off to restore since being hospitalized for 14 months. Although my credit card bills suffered, my rent is always on time 100% as my references will confirm. I gross $15,000.00 a month before taxes. I'm a long term non smoking tenant w/no evictions, bankruptcies or foreclosures.

## Reason for moving

Lease obligations fufilled.

## Move in date

02/01/2025

## Pets

No pets

**Privacy notice**

This document contains the applicant's personal information. Please only share with those who need to review the application. Once you've reviewed the document, properly dispose it to protect the applicant's privacy.


Rental Manager

 Zenith Incorporated
1010 Helen Power Dr, E
Vacaville, CA 95687

January 20, 2025

Pay Five Thousand Three Hundred Forty Dollars And Fourteen Cents                    $ 5,340.14

This is not a check

Pay to the order of     Charise D. Felton
1007 White Alder Way,
Fairfield, CA 94533

Zenith Incorporated
1010 Helen Power Dr, E
Vacaville, CA 95687                                                                  **Earnings Statement**
(707) 278-8722
EIN: 88-3436061

| Employee Information | Social Sec. ID | Employee ID | Start Date | End Date | Check Date |
|---|---|---|---|---|---|
| Charise D. Felton
1007 White Alder Way,
Fairfield, CA 94533 | XXX-XX-8238 | | 01/01/2025 | 01/15/2025 | 01/20/2025 |

| Earnings | Rate | Hours | Current | Year to date | Deductions | Current | Year to date |
|---|---|---|---|---|---|---|---|
| Regular Income | 93.75 | 80 | 7,500.00 | 15,000.00 | Federal Income Tax | 1,069.42 | 2,138.84 |
| | | | | | Social Security | 465.00 | 930.00 |
| | | | | | Medicare | 108.75 | 217.50 |
| | | | | | California SDI | 90.00 | 180.00 |
| | | | | | California State Tax | 426.69 | 853.38 |

| Gross Earnings | | 7,500.00 | 15,000.00 | Gross Deductions | 2,159.86 | 4,319.72 |
|---|---|---|---|---|---|---|

Check No.        8260

Net Pay         $5,340.14

YTD Net Pay     $10,680.28



# Charise Felton



**556**

300                                                                       850

Calculated using Vantage Score 3.0

**Negative score factors**

21: No open accounts in your credit file.

95: You have too many collection agency accounts that are unpaid.

63: Lack of sufficient relevant real estate account information.

85: You have too many inquiries on your credit report..

**Positive score factors**

P34: Total of all balances on bankcard or revolving accounts is not too high.

P12: The date that you opened your oldest account is not too recent.

P05: There are no or only a few recent delinquencies on your accounts.

P72: Few or no installment accounts with delinquent or derogatory payment status.

The factors are listed in order of importance based on their influence on the credit score. For an easy-to-understand explanation of each code, visit reasoncode.org

# Financial summary

**On-time payments**
**64%**

**Credit used**
**0%**

**Estimated monthly payments**
**$317**

**Total debt**
**$28,268**

# Account overview
Data displayed is from the last 25 months

# Mohela/dept Of Ed Education Loan

## Account summary

| | |
|---|---|
| Balance | **$28,268** |
| Status | **Open** |
| Open date | **09/15/2015** |
| On-time payments | **18** |
| Late payments | **0** |
| Last late payment | **-** |
| Comment | **Account previously in dispute - investigation complete, reported by data furnisher.** |

# Amex Credit Card

## Account summary

| | |
|---|---|
| Balance | **$0** |
| Status | **Open** |
| Open date | **06/15/2022** |
| On-time payments | **3** |
| Late payments | **0** |
| Last late payment | **-** |

# Bank Of America Credit Card

## Account summary

| | |
|---|---|
| Balance | **$0** |
| Status | **Open** |
| Open date | **04/21/1978** |
| On-time payments | **25** |
| Late payments | **0** |
| Last late payment | **-** |

Average age of open accounts: 19 yrs, 7 mos

## Self Financial/lead Ba Secured Loan

### Account summary

| | |
|---|---|
| Balance | **$0** |
| Status | **Closed** |
| Open date | **07/22/2022** |
| On-time payments | **4** |
| Late payments | **2** |
| Last late payment | **12/2022** |

## Solano County D A Family Support

### Account summary

| | |
|---|---|
| Balance | **$0** |
| Status | **Closed** |
| Open date | **03/02/2007** |
| On-time payments | **0** |
| Late payments | **0** |
| Last late payment | **-** |
| Comment | **Dispute resolved - consumer disagrees** |

## Mohela/dept Of Ed Education Loan

### Account summary

| | |
|---|---|
| Balance | **$495** |
| Status | **Closed** |
| Open date | **09/05/2018** |
| On-time payments | **18** |
| Late payments | **0** |
| Last late payment | **-** |
| Comment | **Student loan - payment deferred** |

# Mohela/dept Of Ed Education Loan

## Account summary

| | |
| --- | --- |
| Balance | **$23,335** |
| Status | **Closed** |
| Open date | **02/09/2017** |
| On-time payments | **18** |
| Late payments | **0** |
| Last late payment | **-** |
| Comment | **Student loan - payment deferred** |

# Oneunited Bank Credit Line Secured

## Account summary

| | |
| --- | --- |
| Balance | **$106** |
| Status | **Closed** |
| Open date | **04/11/2016** |
| On-time payments | **0** |
| Late payments | **25** |
| Last late payment | **12/2024** |

# Kikoff Lending Llc Revolving Charge Account

## Account summary

| | |
| --- | --- |
| Balance | **$55** |
| Status | **Closed** |
| Open date | **07/25/2022** |
| On-time payments | **3** |
| Late payments | **6** |
| Last late payment | **03/2023** |

# Grain Technology Inc Credit Card

## Account summary

| | |
|---|---|
| Balance | **$743** |
| Status | **Closed** |
| Open date | **10/08/2021** |
| On-time payments | **9** |
| Late payments | **6** |
| Last late payment | **01/2023** |

# First Premier Bank Credit Card

## Account summary

| | |
|---|---|
| Balance | **$605** |
| Status | **Closed** |
| Open date | **08/20/2022** |
| On-time payments | **0** |
| Late payments | **25** |
| Last late payment | **01/2025** |

# Capital One Credit Card

## Account summary

| | |
|---|---|
| Balance | **$0** |
| Status | **Closed** |
| Open date | **03/29/2017** |
| On-time payments | **18** |
| Late payments | **6** |
| Last late payment | **01/2020** |
| Comment | **Account closed at credit grantor's request** |

Filed 04/07/25     Case 25-02044     Doc 1

| { | Name | Created | Expires | Page |
|---|------|---------|---------|------|
| | Charise Felton | 01/21/2025 | 02/21/2025 | 10 of 16 |

# Capital One Credit Card

## Account summary

| | |
|---|---|
| Balance | **$0** |
| Status | **Closed** |
| Open date | **11/14/2020** |
| On-time payments | **7** |
| Late payments | **0** |
| Last late payment | **-** |
| Comment | **Account closed at credit grantor's request** |

Age of oldest account: 46 yrs, 10 mos

# Collections

| Creditor | Amount |
|----------|--------|
| Jefferson Capital Syst | $1,110 |
| Credit Control Service | $1,401 |
| I.c. System, Inc | $366 |
| Pacific Credit Service | $317 |
| Pacific Credit Service | $157 |
| Pacific Credit Service | $121 |
| Pacific Credit Service | $102 |
| Pacific Credit Service | $421 |
| Lvnv Funding Llc | $1,001 |

Filed 04/07/25      Case 25-02044      Doc 1

| Name | Created | Expires | Page |
|------|---------|---------|------|
| Charise Felton | 01/21/2025 | 02/21/2025 | 11 of 16 |

# Credit inquiries

| Inquirer | Date |
|----------|------|
| Nowcom/westlake Financ - automobile dealers, used | 12/12/2024 |
| Capital One Auto Fin - automobile financing company | 12/12/2024 |
| Ally Financial C/o Gma - automobile financing company | 12/12/2024 |
| Santander Consumer Usa - finance companies -- non-specific | 12/12/2024 |
| Ally Financial - automobile financing company | 12/12/2024 |
| Carmax - automobile financing company | 12/12/2024 |
| Exeter Finance Llc/wcg - automobile financing company | 12/12/2024 |
| 700 Credit/nissan Of V - automobile dealers, new | 11/01/2024 |
| Nowcom/westlake Financ - automobile dealers, used | 10/30/2024 |
| Exeter Finance Llc/wcg - automobile financing company | 10/30/2024 |
| Carmax - automobile financing company | 10/30/2024 |
| Capital One Auto Fin - automobile financing company | 10/30/2024 |
| Ally Financial - automobile financing company | 10/30/2024 |
| Ally Financial C/o Gma - automobile financing company | 10/30/2024 |

| Name | Created | Expires | Page |
|------|---------|---------|------|
| Charise Felton | 01/21/2025 | 02/21/2025 | 12 of 16 |

Santander Consumer Usa - finance companies -- non-specific     10/30/2024

Nccinc/entrprse Car Sl - automobile dealers, used     04/26/2024

Capital One Auto Fin - automobile financing company     04/26/2024

Nowcom/westlake Financ - automobile dealers, used     04/26/2024

Santander Consumer Usa - finance companies -- non-specific     04/26/2024

Syncb/amazon Plcc - bank credit cards     04/23/2024

Carmax - automobile financing company     04/03/2024

Nowcom/westlake Financ - automobile dealers, used     04/03/2024

Capital One Auto Fin - automobile financing company     04/03/2024

Exeter Finance Llc/wcg - automobile financing company     04/03/2024

Santander Consumer Usa - finance companies -- non-specific     04/03/2024

Ally Financial - automobile financing company     04/03/2024

Jpmcb Card - bank credit cards     03/28/2024

Wfbna Card - bank credit cards     01/02/2024

Exeter Finance Llc/wcg - automobile financing company     11/18/2023

Santander Consumer Usa - finance companies -- non-specific     11/18/2023

| | |
|---|---|
| Carmax - automobile financing company | 11/18/2023 |
| Ally Financial - automobile financing company | 11/18/2023 |
| Capital One Auto Fin - automobile financing company | 11/18/2023 |
| Nowcom/westlake Financ - automobile dealers, used | 11/18/2023 |
| Nccinc/golden State Au - automobile dealers, used | 09/28/2023 |
| Santander Consumer Usa - finance companies -- non-specific | 09/15/2023 |
| Exeter Finance Llc/wcg - automobile financing company | 09/15/2023 |
| Capital One Auto Fin - automobile financing company | 09/15/2023 |
| Carmax - automobile financing company | 09/15/2023 |
| Nowcom/westlake Financ - automobile dealers, used | 09/15/2023 |
| Capital One Auto Fin - automobile financing company | 08/03/2023 |
| Exeter Finance Llc/wcg - automobile financing company | 08/03/2023 |
| Santander Consumer Usa - finance companies -- non-specific | 08/03/2023 |
| Carmax - automobile financing company | 08/03/2023 |
| Ally Financial - automobile financing company | 08/03/2023 |
| Nowcom/westlake Financ - automobile dealers, used | 08/03/2023 |

Capital One Auto Fin - automobile financing company　　　　　　06/08/2023

Carmax - automobile financing company　　　　　　06/08/2023

Nowcom/westlake Financ - automobile dealers, used　　　　　　06/08/2023

Santander Consumer Usa - finance companies -- non-specific　　　　　　06/08/2023

Ally Financial - automobile financing company　　　　　　06/08/2023

# Public records
Information found via Experian's public record search

**Employers**

Zenith Incorporated

Zenith

**Addresses**

11230 Golden Express Dr
Gold River, CA 95670

1012 Hickock Dr
Vacaville, CA 95687

1007 White Alder Way
Fairfield, CA 94533

**Bankruptcies**

None found



| Name | Created | Expires | Page |
|---|---|---|---|
| Charise Felton | 01/21/2025 | 02/21/2025 | 15 of 16 |

# Charise Felton

**Notice for consumers in California**
This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

**Report detail**

Report ID: Z-57160548, Z-57160552
Rental property ZIP Code:

## Background report summary

**Housing court record**
**0**

**Criminal record**
**0**

## Housing court record

The result of housing court record searches may vary according to (1) collection restrictions by the different court jurisdictions which may result in some areas not having coverage and (2) reporting restrictions due to government regulations applicable to the rental property's location. CIC applies industry best practices in the attempt to accurately match and report these records.

⚠ **No housing court records found**

## Criminal record

Total 0 criminal activity and 0 sex offender hits found in U.S. with available databases.

Nationwide Criminal, Sex Offender Scan of Best Available Databases. The result of criminal record searches may vary according to (1) collection restrictions by the different court jurisdictions which may result in some areas not having coverage and (2) reporting restrictions due to government regulations applicable to the rental property's location. CIC applies industry best practices in the attempt to accurately match and report these records. The end user should compare the applicant supplied information with demographic data and any physical descriptors in determining a positive match prior to the end user making any decision.

⚠ **No criminal records found.**

**Bureau contact information**
Contemporary Information Corp.
c/o Consumer Relations Department

3700 Crestwood Parkway, #300

Duluth, GA 30096

Phone: 1-888-316-4242 Fax: 1-888-797-2254

www.cicreports.com/consumer-assistance

The agency providing this report will provide, when contacted by the consumer seeking a copy of this report or making a request to review his/her file with the agency, a written notice in English and Spanish setting forth the terms and conditions of his/her right to receive disclosures of information such as office hours, any charges for disclosures, identification required for the release of information, names of recipients of reports on the consumer, what assistance is available to the consumer in reviewing/understanding the information and similar instructions.

### End of housing court record and criminal report

This report is for rental purposes only. This report is confidential and is not to be disclosed except for persons who have legitimate purposes as defined in the Fair Credit Reporting Act and other applicable Federal and State regulations.

EXHIBIT B

10:41



**Maybe: Charise Felton ›**

Sat, Feb 1 at 9:13 AM

Good morning and I hope you're having a great start to your Saturday all utilities have been transferred to our name insurance has been acquired I will bring proof of that when I see you today and the payments for all rent through electronic Zelle directly into your Wells Fargo account has been scheduled for the entire year. Also the deposit and first month payment has already been made electronically and I have a confirmation of that as well. What time would you like to meet ?

Im on my way to the house. what about around 11-12?

+    iMessage

EXHIBIT C



BANK OF AMERICA

# Details

| | |
|---|---|
| Status | Scheduled |
| | Zelle® payment |
| To | Mary Ann Belarmino |
| | 415-559-9197 |
| From | Business Adv Relationship - 6804 |
| Amount | $3,995.00 |
| Date | Mar 01, 2025 |
| Confirmation # | 1bk3evott |



BANK OF AMERICA

# Details

| | |
|---|---|
| Status | Scheduled |
| | Zelle® payment |
| To | Mary Ann Belarmino |
| | 415-559-9197 |
| From | Business Adv Relationship - 6804 |
| Amount | $7,990.00 |
| Date | Feb 02, 2025 |
| Confirmation # | 199sbextm |

EXHIBIT C-1

8:34

< Q Need help?      Sign off

# Manage payment profiles

### Receive money with Zelle® ⓘ

Enroll your U.S. mobile numbers and email addresses. Select a deposit account for each one.

Enrolled

415-559-9197
EVERYDAY CHECKING ...5703                           >

mrynnblrmn@gmail.com
EVERYDAY CHECKING ...5703                           >

You may add or make changes to your mobile numbers and email addresses in your Wells Fargo profile.

### Update contact information

            
Accounts  Deposit  Pay & Transfer  Explore  Menu

**8:34**

  

‹  Need help?                    🔔 Sign off

# Activity

Sent          **Received**          Requests

## History

| | | |
|---|---|---|
| MB | **Juan Diaz** <br> Received 04/01/2025 | Redacted <br> Completed |
| MB | **Juan Diaz** <br> Received 01/29/2025 | Redacted <br> Completed |
| MB | **FAIAZ AZIM** <br> Received 01/28/2025 | Redacted <br> Completed |
| MB | **Juan Diaz** <br> Received 01/07/2025 | Redacted <br> Completed |
| MB | **Juan Diaz** <br> Received 01/07/2025 | Redacted <br> Completed |
| MB | **Juan Diaz** <br> Received 01/03/2025 | Redacted <br> Completed |
| MB | **Juan Diaz** <br> Received 01/03/2025 | Redacted <br> Completed |

🏠 Accounts     📠 Deposit     💲 Pay & Transfer     ⓐ Explore     ☰ Menu

# Wells Fargo Everyday Checking

February 28, 2025 ■ Page 1 of 6



MARY ANN BELARMINO-SPRADLIN
8013 GERMANDER CT
VACAVILLE CA 95687-8278

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft

Early filing helps prevent someone else from filing taxes in your name.
Find other tips at wellsfargo.com/spottaxscams

A new twist on romance scams

Scammers make friends with you on social media, then offer to show you how to invest in crypto.
Watch for: Promises of big returns, help with downloading a crypto app, or requests to wire money.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | Redacted |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| Ending balance on 2/28 | Redacted |

Account number: Redacted 5703 (primary account)

MARY ANN BELARMINO-SPRADLIN

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): Redacted



**WELLS FARGO**

---

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

■ Redacted

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|----------------------|
| 2/3 | | Purchase authorized on 02/01 Costco Whse #0694 Vacaville CA P585030305126381 6 Card 0531 | | Redacted | Redacted |
| 2/3 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0R5Xtj9M on 02/01/25 | | | |
| 2/3 | | Unitedwholesale Loan Paymt 020125 0169294055 Mary Ann Belarmkno | | | |
| 2/4 | | Online Transfer to Mary Ann A Belarmino-Spradlin Business Checking xxxxxx2007 Ref #Ib0R6Ws23H on 02/04/25 | | | |
| 2/4 | | IN-Shape 038 Vac Club Fees 250204 M2265295 Ann Belarmino | | | |
| 2/4 | | Fid Bkg Svc LLC Moneyline 250204 22154793212Izrb M Belarmino-Spradlin | | | |
| 2/4 | | Pgande Web Online Feb 25 21144767020225 Mary Ann Belarmino | | | |
| 2/5 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0R77Ck82 on 02/05/25 | | | |
| 2/5 | | Purchase authorized on 02/05 Arco#83054Singh Vacaville CA P000000981806161 Card 0531 | | | |
| 2/5 | | Zelle to Belarmino Maria Anecita on 02/05 Ref #Rp0Yhnrhkc | | | |
| 2/5 | | Fid Bkg Svc LLC Moneyline 250205 22154793212Scnj M Belarmino-Spradlin | | | |
| 2/5 | | Venmo Payment 250205 1040102297334 Modern Active | | | |
| 2/5 | | Venmo Payment 250205 1040101424558 Modern Active | | | |
| 2/6 | | NEW York Life Ins. Prem. Feb 25 28 431 415 Mary Ann A Belarmino-S | | | |
| 2/7 | | Mobile Deposit : Ref Number :007070385183 | Redacted | | |
| 2/7 | | Unify Fcu Orig Feb 07 Belarmino,Mary Belarmino,Mary A | | | |
| 2/7 | | WT 250207-076623 Banco Regional S.A. /Bnf=Asociacion DE Condominos DE Aldea Srf# Ow00005370260990 Trn#250207076623 Rfb# Ow00005370260990 | | | |
| 2/10 | | Venmo Cashout 250210 1040199527736 Modern Active | | | |
| 2/10 | | Fglifeinsco Insur Prem 250210 P 06L2541668 Belarmino-Spradlin, MA | | | |
| 2/10 | | Fglifeinsco Insur Prem 250210 P 06L2541655 Belarmino-Spradlin, MA | | | |
| 2/10 | | Unitedwholesale Loan Paymt 021025 0169204054 Mary Ann Belarmkno | | | |
| 2/11 | | Vrbo Payment 250210 000000847558913 ["Vrbo,3989498,Tulum,Qroo,77760,Mx"] | | | |
| 2/11 | | Fid Bkg Svc LLC Moneyline 250211 22154793213Fwn5 M Belarmino-Spradlin | | | |
| 2/12 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0R98Nvdx on 02/11/25 | | | |
| 2/13 | | Wire Trans Svc Charge - Sequence: 250213165741 Srf# Ow00005389311670 Trn#250213165741 Rfb# Ow00005389311670 | | | |
| 2/13 | | WT 250213-165741 Banco Santander Mex /Bnf=Banco Inmobiliario Mexicano Divisi Srf# Ow00005389311670 Trn#250213165741 Rfb# Ow00005389311670 | | | |
| 2/14 | | Kaiser Foundatio Payroll 250208 10700089 Belarmino-Spradlin,Mar | | | |
| 2/14 | | eDeposit IN Branch 02/14/25 02:27:19 PM 601 Jackson St Fairfield CA 0531 | | | |
| 2/14 | | Wire Trans Svc Charge - Sequence: 250214030207 Srf# Ow00005390334812 Trn#250214030207 Rfb# Ow00005390334812 | | | |
| 2/14 | | WT 250214-030207 Banco Del Bajio, S. /Bnf=Consultoria Y Recuperacion DE Fond Srf# Ow00005390334812 Trn#250214030207 Rfb# Ow00005390334812 | | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/14 | | Purchase authorized on 02/14 Civil Fairfield Fairfield CA P385045765891581 Card 0531 | Redacted | Redacted | Redacted |
| 2/18 | | Wells Fargo Rewards | | | |
| 2/18 | | Online Transfer to Mary Ann A Belarmino-Spradlin Business Checking xxxxxx2007 Ref #Ib0Rbssblz on 02/16/25 | | | |
| 2/18 | | Purchase authorized on 02/16 Vons #2115 San Diego CA S585048083433596 Card 0531 | | | |
| 2/18 | | Money Transfer authorized on 02/17 Rmtly* RC95A Remitly.Com WA S385048720680638 Card 0531 | | | |
| 2/18 | | Money Transfer authorized on 02/17 Rmtly* Sedf3 Remitly.Com WA S305048731922484 Card 0531 | | | |
| 2/18 | | Zelle to Belarmino Maria Anecita on 02/17 Ref #Rp0Yjs7Tj8 for Signing Papers and Gina 25Usd | | | |
| 2/18 | | Discover E-Payment 250217 6285 Belarmino Mary | | | |
| 2/18 | | Fid Bkg Svc LLC Moneyline 250218 221547932148L6O M Belarmino-Spradlin | | | |
| 2/19 | | WT 250219-019698 Banco Santander Mex /Bnf=Cesar Ulyses Orozco Carrillo Srf# Ow00005405397373 Trn#250219019698 Rfb# Ow00005405397373 | | | |
| 2/20 | | Zelle to Belarmino Maria Anecita on 02/20 Ref #Rp0Yk2Z6M9 Addl 25 Gina 50 Danny 50 Roger | | | |
| 2/20 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0Rd8829P on 02/20/25 | | | |
| 2/20 | | Purchase with Cash Back $ 60.00 authorized on 02/20 Wal-Mart #5007 Vacaville CA P000000184319067 Card 0531 | | | |
| 2/24 | | Venmo Cashout 250223 1040468451131 Modern Active | Redacted | | |
| 2/24 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0Rdwj3Rw on 02/22/25 | | | |
| 2/24 | | Purchase authorized on 02/23 Costco Whse #0694 Vacaville CA P305054778319268 Card 0531 | | | |
| 2/24 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0Rflg3Lq on 02/24/25 | | | |
| 2/24 | | Life Ins of SW xxxxxxxxxx Feb 23 66479131 xxxxx7100 | | | |
| 2/24 | | AAA Life Ins Prem 022325 4023179684 Alcs Mary Ann A Belarmino-S | | | |
| 2/25 | | Fid Bkg Svc LLC Moneyline 250225 221547932159Bcc M Belarmino-Spradlin | | | |
| 2/26 | | Travis Credit Un Ck-Wth 022625 | | | |
| 2/26 | | Venmo Payment 250226 1040536664759 Modern Active | | | |
| 2/27 | | AAA Life Ins Prem 022725 4036873687 Alcs Mary Ann A Belarmino-S | | | |
| 2/27 | | AAA Life Ins Prem 022725 4036873786 Alcs Mary Ann A Belarmino-S | | | |
| 2/27 | | Remitly Inc Remittance 022725 8Eb77V7Nt36G8Xq Mary Ann Belarmino-Spr | | | |
| 2/28 | | Kaiser Foundatio Payroll 250222 10700089 Belarmino-Spradlin,Mar | Redacted | | |
| 2/28 | | Online Transfer Ref #Ib0Rgnn86F to Wells Fargo Active Cash VISA Card Xxxxxxxxxxxx0313 on 02/27/25 | | | |
| 2/28 | | Recurring Transfer to A Belarmino-Spradlin M Way2Save Savings Ref #Op0Rgrrvdd xxxxxx9939 | | | |
| 2/28 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0Rh4N8Hn on 02/28/25 | | | |
| 2/28 | | NEW York Life Ins. Prem. Feb 25 28 375 112 Mary Ann A Belarmino-S | | | |
| 2/28 | | NEW York Life Ins. Prem. Feb 25 28 375 114 Mary Ann A Belarmino-S | | | |
| 2/28 | | Fid Bkg Svc LLC Moneyline 250228 22154793215V0U1 M Belarmino-Spradlin | | | |
| 2/28 | | Discover E-Payment 250228 6285 Belarmino Mary | | | |

| Totals | | | Redacted. | | |



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2025 - 02/28/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

How to avoid the monthly service fee

Have any ONE of the following each fee period

- Minimum daily balance
- Total amount of qualifying electronic deposits
- Age of primary account owner
- Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card

RC/RC

|  | Minimum required | This fee period |
|---|---|---|
|  | Redacted | Redacted |



# ☑ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

# Wells Fargo Everyday Checking

March 31, 2025 ■ Page 1 of 7



MARY ANN BELARMINO-SPRADLIN
8013 GERMANDER CT
VACAVILLE CA 95687-8278

Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-TO-WELLS  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

This tax season, don't get scammed by an IRS impersonator.

Scammers are impersonating the Internal Revenue Service to steal your identity and convince you to send them money.

Know that the IRS will not:
- Initiate contact with you or request sensitive information by email, text, or social media.
- Demand immediate payment or offer to assist you with receiving a payment.
- Threaten to immediately have you arrested, deported, or revoke your driver's license for not paying.
- Ask you to pay your taxes using a gift or prepaid card, cryptocurrency, or wire transfer.

If you do get an unexpected call from the IRS, hang up right away, and do not provide any additional information, even if the caller already has the last four digits of your Social Security number.

Remember, if you do owe taxes, the IRS will contact you by mail before attempting to call you.

Learn more at wellsfargo.com/spottaxscams

March 31, 2025 ■ Page 2 of 7



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | Redacted |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| Ending balance on 3/31 | Redacted |

Account number: Redacted      (primary account)

MARY ANN BELARMINO-SPRADLIN

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): Redacted

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■    Redacted

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/3 | | Purchase authorized on 03/02 Costco Whse #0453 Fairfield CA P465062024001758 Card 0531 | | Redacted | Redacted |
| 3/3 | | Zelle to Diaz Juan on 03/03 Ref #Rp0Yl79Zxm | | | |
| 3/3 | | Unitedwholesale Loan Paymt 030125 0169294055 Mary Ann Belarmkno | | | |
| 3/3 | | Remitly Inc Remittance 030325 9C7Qz8x2K23U52V Mary Ann Belarmino-Spr | | | |
| 3/4 | | Unify Fcu Orig Mar 04 Belarmino,Mary Belarmino,Mary A | Redacted | | |
| 3/4 | | Mobile Deposit : Ref Number :710040374265 | | | |
| 3/4 | | IN-Shape 038 Vac Club Fees 250304 M2265295 Ann Belarmino | | | |
| 3/4 | | Fid Bkg Svc LLC Moneyline 250304 22154793216Gdt8 M Belarmino-Spradlin | | | |
| 3/4 | | Pgande Web Online Mar 25 24697529030325 Mary Ann Belarmino | | | |
| 3/5 | | Purchase with Cash Back $ 80.00 authorized on 03/05 Wal-Mart #5007 Vacaville CA P00000058655O290 Card 0531 | | | |
| 3/5 | | Fid Bkg Svc LLC Moneyline 250305 22154793216Pndn M Belarmino-Spradlin | | | |
| 3/5 | | Venmo Payment 250305 1040693727877 Modern Active | | | |
| 3/6 | | Unify Fcu Orig Mar 06 Belarmino,Mary Belarmino,Mary A | Redacted | | |
| 3/6 | | WT 250306-025936 Banco Regional S.A. /Bnf=Asociacion DE Condominos DE Aldea Srf# Ow00005454981966 Trn#250306025936 Rfb# Ow00005454981966 | | | |
| 3/6 | | Purchase authorized on 03/06 Civil Fairfield Fairfield CA P585065642575746 Card 0531 | | | |
| 3/6 | | NEW York Life Ins. Prem. Mar 25 28 431 415 Mary Ann A Belarmino-S | | | |
| 3/7 | | Zelle to Belarmino Maria Anecita on 03/06 Ref #Rp0Ylk8Hm4 March | | | |
| 3/7 | | Zelle to Legalprepsolutions LLC on 03/07 Ref #Rp0Ylm878C POS By Mail | | | |
| 3/10 | | Online Transfer From Spradlin R Way2Save Savings xxxxxx2368 Ref #Ib0Rlkpxvb on 03/10/25 | Redacted | | |
| 3/10 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0Rl5Vx7Z on 03/08/25 | | | |
| 3/10 | | Online Transfer to Mary Ann A Belarmino-Spradlin Business Checking xxxxxx2007 Ref #Ib0Rlkpt6Q on 03/10/25 | | | |
| 3/10 | | Fglifeinsco Insur Prem 250310 P 06Lz541668 Belarmino-Spradlin, MA | | | |
| 3/10 | | Fglifeinsco Insur Prem 250310 P 06Lz541655 Belarmino-Spradlin, MA | | | |
| 3/10 | | Unitedwholesale Loan Paymt 031025 0169204054 Mary Ann Belarmkno | | | |
| 3/11 | | Fid Bkg Svc LLC Moneyline 250311 22154793217Evvy M Belarmino-Spradlin | | | |
| 3/13 | | Online Transfer to Mary Ann A Belarmino-Spradlin Business Checking xxxxxx2007 Ref #Ib0Rmkzymf on 03/13/25 | | | |
| 3/13 | | Venmo Payment 250313 1040862725672 Modern Active | | | |



**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/14 | | Kaiser Foundatio Payroll 250308 10700089 Belarmino-Spradlin,Mar | Redacted | Redacted | Redacted |
| 3/17 | | Wire Trans Svc Charge - Sequence: 250317039394 Srf# Ow0000548395279S Trn#250317039394 Rfb# Ow00005483952795 | | | |
| 3/17 | | Purchase authorized on 03/15 Costco Whse #0694 Vacaville CA P585074638844682 Card 0531 | | | |
| 3/17 | | Purchase authorized on 03/15 Costco Whse #0694 Vacaville CA P305074655530741 Card 0531 | | | |
| 3/17 | | WT 250317-039394 Banco Del Bajio. S. /Bnf=Consultoria Y Recuperacion DE Fond Srf# Ow00005483952795 Trn#250317039394 Rfb# Ow00005483952795 | | | |
| 3/18 | | Online Transfer Ref #Ib0Rp8Qsdy to Wells Fargo Active Cash VISA Card Xxxxxxxxxxxx0313 on 03/17/25 | | | |
| 3/18 | | Fid Bkg Svc LLC Moneyline 250318 2215479321814U3 M Belarmino-Spradlin | | | |
| 3/18 | | Discover E-Payment 250318 6285 Belarmino Mary | | | |
| 3/24 | | Mobile Deposit : Ref Number :316240182545 | Redacted | | |
| 3/24 | | Online Transfer to Mary Ann A Belarmino-Spradlin Business Checking xxxxxx2007 Ref #Ib0Rrksmky on 03/24/25 | | | |
| 3/24 | | Life Ins of SW xxxxxxxxxx Mar 23 67479218 xxxxx7100 | | | |
| 3/24 | | AAA Life Ins Prem 032325 4023179684 Alcs Mary Ann A Belarmino-S | Redacted | | |
| 3/25 | | Venmo Cashout 250325 1041106874979 Modern Active | | | |
| 3/25 | | Fid Bkg Svc LLC Moneyline 250325 2215479321 9C2Bm M Belarmino-Spradlin | | | |
| 3/26 | | Unify Fcu Orig Mar 26 Belarmino,Mary Belarmino,Mary A | Redacted | | |
| 3/26 | | Venmo Cashout 250326 1041143490996 Modern Active | | | |
| 3/26 | | Purchase authorized on 03/25 Costco Whse #0694 Vacaville CA P385085081920341 Card 0531 | | | |
| 3/26 | | Online Transfer to Spradlin R Wells Fargo Clear Access Banking xxxxxx6562 Ref #Ib0Rryf35L on 03/26/25 | | | |
| 3/26 | | Online Transfer to Mary Ann A Belarmino-Spradlin Business Checking xxxxxx2007 Ref #Ib0Rs73F2Y on 03/26/25 | | | |
| 3/26 | | Travis Credit Un Ck-Wth 032625 | | | |
| 3/27 | | Zelle to Diaz Juan on 03/26 Ref #Rp0Yngcfic | | | |
| 3/27 | | AAA Life Ins Prem 032725 4036873687 Alcs Mary Ann A Belarmino-S | | | |
| 3/27 | | AAA Life Ins Prem 032725 4036873786 Alcs Mary Ann A Belarmino-S | | | |
| 3/28 | | Kaiser Foundatio Payroll 250322 10700089 Belarmino-Spradlin,Mar | Redacted | | |
| 3/28 | | NEW York Life Ins. Prem. Mar 25 28 375 112 Mary Ann A Belarmino-S | | | |
| 3/28 | | NEW York Life Ins. Prem. Mar 25 28 375 114 Mary Ann A Belarmino-S | | | |
| 3/31 | | Purchase authorized on 03/28 Cityofsac_Ips_Pkgm Sacramento CA S38508800018660 Card 0531 | | | |
| 3/31 | | Purchase authorized on 03/29 Pmusa 718017 Walnu 770-8189036 GA S46508902974 1440 Card 0531 | | | |
| 3/31 | | Zelle to Belarmino Maria Anecita on 03/30 Ref #Rp0Ynt9Yhk April and Birthdays | | | |
| 3/31 | | Purchase authorized on 03/30 lt4 Mexico Cancun Mex S385089763263922 Card 0531 | | | |
| 3/31 | | Recurring Transfer to A Belarmino-Spradlin M Way2Save Savings Ref #Op0Rtpj6Nb xxxxxx9939 | | | |
| 3/31 | | Venmo Payment 250330 1041230628235 Modern Active | | | |
| Totals | | | Redacted | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2025 - 03/31/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | Redacted | Redacted |
| • Total amount of qualifying electronic deposits | | |
| • Age of primary account owner | | |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | | 0 |
| RC/RC | | |



# IMPORTANT ACCOUNT INFORMATION

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:

The "Longer delays may apply" section is deleted and replaced with the following:

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

The "Special rules for new accounts" section is deleted and replaced with the following:

If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.

- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

EXHIBIT C-2

# Tenant Ledger for 101 Clematis St

*As of April 2, 2025*

| Property: | 101 Clematis St | Rent: | $ 3,995.00 |
| | | Deposit: | $ 3,995.00 |
| Tenants: | Charise Felton | Move-In: | |
| | | Lease Start: | 02/01/2025 |
| | | Lease Expires: | 02/28/2026 |
| | | Move-Out: | |

| Date | Name | Charges | Payments | Balance |
|------|------|---------|----------|---------|
| 02/01/2025 | Security Deposit | 3,995.00 | | 3,995.00 |
| 02/01/2025 | Rent for Feb 2025 | 3,995.00 | | 7,990.00 |
| 02/04/2025 | Late Fee | 150.00 | | 8,140.00 |
| 02/10/2025 | Court Cost | 240.00 | | 8,380.00 |
| 03/01/2025 | Rent for Mar 2025 | 3,995.00 | | 12,375.00 |
| 03/05/2025 | Late fee | 150.00 | | 12,525.00 |
| 04/01/2025 | Rent for Apr 2025 | 3,995.00 | | 16,520.00 |
| **TOTALS** | | **$ 16,520.00** | **$        -** | **$16,520.00** |

Report Created: April 2, 2025 11:09 AM PDT
*Powered by Stessa*

Access your account:
*https://app.stessa.com*

EXHIBIT D

3-DAY NOTICE TO PAY RENT OR QUIT

Date: February 10, 2025

To:
Charise Felton & Arthur James Felton
101 Clematis St.
Vacaville, CA 95687
Phone: 707-373-1302

From:
Mary Ann Belarmino-Spradlin
8013 Germander Ct.
Vacaville, CA 95687
Phone: 415-559-9197

NOTICE: You are hereby notified that you are in default of the rental agreement for the property located at 101 Clematis St., Vacaville, CA 95687, due to your failure to pay rent and the security deposit as required under the lease. This nonpayment has resulted in a breach of the lease agreement.

The following amounts are due and unpaid:
• First Month's Rent: $3,995
• Security Deposit: $3,995
• Late Fee (if applicable): $150
• Total Balance Due: $8,140

You are hereby required to pay the total amount of $8,140 to the undersigned within 3 days of receiving this notice or you must vacate the premises. If you do not either pay the amount or vacate the premises within 3 days, legal action will be taken to recover possession of the property.

**Payment must be made in certified funds (cashier's check or money order).** Although the lease provides other payment options, only certified funds will be accepted at this time.

Although Arthur James Felton is not listed on the lease, he is residing at the property and must also vacate the premises if the lease obligations are not fulfilled.

This notice is provided in accordance with the laws of the State of California and the terms of your rental agreement. If you have any questions or if payment has already been made, please contact me immediately at the number listed below.

Sincerely,
Mary Ann Belarmino-Spradlin
415-559-9197

EXHIBIT E

 Gmail

Ann Belarmino <mrynnblrmn@gmail.com>

## 101 Clematis Street
1 message

Charise <chariseb@gmail.com>
Reply-To: chariseb@gmail.com
To: mrynnblrmn@gmail.com, Arthur Felton <a.felton78@gmail.com>

Wed, Apr 2, 2025 at 7:19 AM

**Charise Felton**

**101 Clematis Street Vacaville CA 95687**

April 1, 2025

**Mary Ann Bellarmino - Spradlin 8013 Germander Ct. Vacaville CA 95687**

**Re: Bankruptcy Filing and Request for Cease of Collection Efforts**
**Case Number: 25-21364**

Dear Mary Ann,

I hope this letter finds you well. I am writing to inform you that I have filed for bankruptcy under Chapter 7 in the East District Court of California Bankruptcy Court, and my case number is 25-21364.

As per the **automatic stay** provision of the Bankruptcy Code (11 U.S.C. § 362), collection activities, including rent demands and eviction proceedings, are prohibited during my bankruptcy case.

I kindly request that you cease any collection efforts and discontinue any eviction actions related to the outstanding balance, as my debt to you is included in the bankruptcy filing.

I am happy to pay the rent and continue the lease.

If you continue with collection attempts or eviction proceedings, I will be forced to take further action.

Please confirm receipt of this notice and update your records accordingly. If you need any additional information regarding my bankruptcy filing, please contact me directly.

Thank you for your cooperation.

Sincerely,
Charise Felton

(707)372-1302

EXHIBIT F

    Details

**Kenneth, Juan**
Apr 5 – May 10 · Monthly Charming Room -...

**Friday**

Inquiry sent · 1 guest, Apr 5 – May 10

Kenneth · Booker 7:17 PM

Hi, Ann.

I received a legal notice indicating that AJ & Charise Felton reside at 101 Clematis. I recently evicted them from my rental property and have a court-ordered financial judgement against them for two years of unpaid rent, and my insurance company is trying to recover the thousands of dollars of damage they did to my property. Now that I know where they reside I will be attempting to collect, which may impact their ability to pay you.



They also filed for bankruptcy

   Write a message

←  Details

**Kenneth, Juan**
Apr 5 – May 10 · Monthly Charming Room -...

attempting to collect, which
may impact their ability to
pay you.

They also filed for bankruptcy
on 3/26/25.

They are serial squatters and
have a record of evictions. If
you need a lawyer to evict
them I can provide my
lawyer's contact information.

7:19 PM

Hi

Yes they are still staying at my
property since february 1.
And i have a hearing on
motion for relief on the 15th
of this month. I need a lawyer

How did they stay for so long

Kenneth · Booker 7:24 PM

Write a message



←     Details

**Kenneth, Juan**
Apr 5 – May 10 · Monthly Charming Room -...

How did they stay for so long

Kenneth · Booker 7:24 PM

I couldn't kick them out at first due to Covid, and then they manipulated the overloaded court for months

7:25 PM



Redact education

Redacted

Redacted

They never gave me first months rent and security deposit, they gave me alexcuses why the money they sent did not go thru

Kenneth · Booker 7:31 PM

Redacted

Write a message

10:06



←        Details

**Kenneth, Juan**

Apr 5 – May 10 · Monthly Charming Room -...

They did the same delay and excuses to me

7:32 PM

Didntheyngive any money?

Kenneth · Booker 7:32 PM

The court forced me into a settlement agreement. They paid 5 months then started coming up with excuse after excuse and promising they would catch up

Said they were about to receive $30k and would pay as soon as it cleared

7:33 PM

With me, they diid not send me any single penny since feb 1 when they moved in

. Redacted    ⌄

➕   🗐    Write a message



←         Details

**Kenneth, Juan**
Apr 5 – May 10 · Monthly Charming Room -...

Kenneth · Booker 7:37 PM

Good luck. I discovered AJ
was evicted 3 times before
he defaulted on my rental.
This is their pattern.

7:38 PM

How dis u find out about the
eviction

Redacted

Kenneth · Booker 7:39 PM

I received a bankruptcy
notice listing the address. I
looked it up and discovered
it's an Airbnb which let me
contact you

7:39 PM

Im so glad you found me!
Such a blessing

⊕   🗩   Write a message

EXHIBIT G

 Gmail

Ann Belarmino <mrynnblrmn@gmail.com>

## Request for Trustee Letter Regarding Pending Eviction – Case No. 2:25-21364

6 messages

**Ann Belarmino** <mrynnblrmn@gmail.com>                              Fri, Mar 28, 2025 at 1:00 PM
To: bokinskie@portersimon.com

Subject: Request for Trustee Letter Regarding Pending Eviction – Case No. 2:25-21364

Dear Mr. Birnberg,

My name is Mary Ann Belarmino-Spradlin, and I am the landlord for the property at 101 Clematis St., Vacaville CA 95688, currently rented by Charise and Arthur Felton.

I understand they have filed for Chapter 7 bankruptcy (Case No. 2:25-21364) and that an automatic stay is now in place. I have a previously scheduled eviction trial on April 2, 2025, and I would like to request a short letter or statement from your office confirming whether:

1. You are aware of my intention to proceed with eviction;

2. You have any objection to me filing a Motion for Relief from Stay in order to continue the process;

3. The lease was terminated prior to the bankruptcy filing.

I would greatly appreciate a written response that I can present to the eviction court in support of my motion or to explain the stay.

Please let me know if you require additional information. Thank you for your time and assistance.

Sincerely,

Mary Ann Belarmino-Spradlin

Landlord

8013 Germander Ct., Vacaville CA 95687

415-559-9197

Juan Diaz

Property Manager

619-746-2467

> **From:** Charise <chariseb@gmail.com>
> **Date:** March 28, 2025 at 10:30:29 AM PDT
> **To:** mrynnblrmn@gmail.com, jmdiaz707@gmail.com
> **Subject:** 2025-21364
> **Reply-To:** chariseb@gmail.com

> **341 Pro Se Letter to Mail_2025_03_27_13_19.pdf**
> 76K

**Trustee Birnberg** <trusteebirnberg@portersimon.com>        Fri, Mar 28, 2025 at 4:04 PM
To: "mrynnblrmn@gmail.com" <mrynnblrmn@gmail.com>

Ms. Belarmino-Spradlin:

The debtors have failed to file their bankruptcy schedules, or otherwise disclose their assets and liabilities. Their case is subject to dismissal if they fail to timely file all documents required by the Court's notice. As such, I have no information that allows me to respond to your request. Sorry I cannot be of more help.


Thanks,

Ethan


Ethan J. Birnberg

United States Bankruptcy Trustee

Eastern District of California

40200 Truckee Airport Road Suite #1

Truckee, California 96161

trusteebirnberg@portersimon.com

[Quoted text hidden]

---

**Ann Belarmino** <mrynnblrmn@gmail.com>                    Fri, Mar 28, 2025 at 6:02 PM
To: Trustee Birnberg <trusteebirnberg@portersimon.com>

Subject: Re: Bankruptcy Case — Clarification Request


Dear Mr. Birnberg,


Thank you for your prompt response.


I understand the current situation regarding the debtors' non-compliance with filing their bankruptcy schedules and disclosing their assets and liabilities. I appreciate the update you provided.


However, I have a clarification request. Once the debtors comply, are you the sole

responsible party for handling the distribution of their assets and ensuring that payments are made to those they owe, including outstanding bills?

I would greatly appreciate your guidance to understand the next steps in the case should it proceed.

Best regards,

Mary Ann Belarmino-Spradlin

Sent from my iPhone
[Quoted text hidden]

---

**Trustee Birnberg** <trusteebirnberg@portersimon.com>      Sat, Mar 29, 2025 at 1:15 PM
To: Ann Belarmino <mrynnblrmn@gmail.com>

Good Afternoon:

My role as chapter 7 trustee is to collect any non-exempt assets and provide a meaningful distribution to creditors that file claims. Claims are only filed if non-exempt assets are identified, and the court provides a notice to creditors to file claims.

It is not my role to pay the debtors' bills or ensure they pay rent to their landlord.

I encourage you to engage bankruptcy counsel to ensure you understand your rights and obligations.

Thanks,
Ethan

Ethan J. Birnberg
United States Bankruptcy Trustee
Eastern District of California
40200 Truckee Airport Road Suite #1
Truckee, California 96161
trusteebirnberg@portersimon.com

---

**From:** Ann Belarmino <mrynnblrmn@gmail.com>
**Sent:** Friday, March 28, 2025 6:02:48 PM
**To:** Trustee Birnberg <trusteebirnberg@portersimon.com>

**Subject:** Re: Request for Trustee Letter Regarding Pending Eviction – Case No. 2:25-21364

[Quoted text hidden]

---

**Ann Belarmino** <mrynnblrmn@gmail.com>        Sun, Mar 30, 2025 at 12:25 PM
To: Trustee Birnberg <trusteebirnberg@portersimon.com>
Cc: bokinskie@portersimon.com

Dear Trustee Birnberg and Ms. Bokinskie,

Please find attached the documents related to the bankruptcy filing of Charise Felton (Case No. 2:25-21364), who was a tenant at my property located at 101 Clematis Street, Vacaville, CA.

The documents support that the lease was lawfully terminated on February 13, 2025 — prior to the bankruptcy petition filed on March 26, 2025. Accordingly, I believe the automatic stay does not apply under 11 U.S.C. § 362(b)(10).

Attached Documents:

• Civil Case Cover Sheet (CM-010)

• Declaration (MC-030)

• Notice of Bankruptcy Filing and Declaration of Lease Termination

• Exhibit A – 3-Day Notice to Pay Rent or Quit

• Exhibit B – Trustee Letter dated March 27, 2025

• Exhibit C – Proof of Property Ownership

• Exhibit D – Tenant Ledgers (Feb 14 and Mar 30)

• Exhibit E – Proof of Service

• Copy of the Lease Agreement

Please confirm receipt. If any additional information is needed, I would be happy to provide it.

Sincerely,

Mary Ann Belarmino-Spradlin

8013 Germander Court

Vacaville, CA 95687

mrynnblrmn@gmail.com

(415) 559-9197

[Quoted text hidden]

---

**2 attachments**

 **Notice And Declartation And POS.pdf**
1493K

 **Lease-Charise Felton-20250126.pdf**
2500K

---

**Trustee Birnberg** <trusteebirnberg@portersimon.com>          Sun, Mar 30, 2025 at 3:59 PM
To: Ann Belarmino <mrynnblrmn@gmail.com>
Cc: Carolyn Bokinskie <bokinskie@portersimon.com>

Good Afternoon:

Your e-mail has been received. We will retain this information for the case file. The 341 meeting of creditors in this case is presently scheduled for April 23, 2025, at 12:00 p.m. You may appear at this meeting to listen or ask questions of the debtor since you are a creditor.

I encourage you to engage bankruptcy counsel to ensure you understand your rights and obligations.

Thanks,

Ethan

Ethan J. Birnberg

United States Bankruptcy Trustee

Eastern District of California

40200 Truckee Airport Road Suite #1

Truckee, California 96161

trusteebirnberg@portersimon.com

EXHIBIT H

EDC.002–780
Notice of Incomplete Filing or Filing of Outdated Forms and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed   (v.5.1 – 02/18/2025)

Page 1 of 2

| | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California | |
|---|---|---|
| | **NOTICE OF INCOMPLETE FILING OR FILING OF OUTDATED FORMS AND<br>NOTICE OF INTENT TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED** | |
| **In re**<br><br>Charise Felton | Arthur James Felton Jr.<br><br>Debtor(s). | **Case Number**<br><br>**25–21364 – B – 7** |

The petition filed on 3/26/25 by the above–named debtor(s) was not accompanied by all required documents.

**NOTICE IS HEREBY GIVEN** that the following documents are missing and must be filed, or one of the other options described below must be taken, by the date(s) indicated *(if two dates are shown, two separate deadlines are established for each of the options described below; each date must be timely satisfied as to the documents governed by that date)*.

If "Verification and Master Address List" is listed above, the notice of meeting of creditors will be sent by the court to the debtor(s), the attorney for the debtor(s), if any, and the trustee ONLY. Thereafter, it will be the attorney for the debtor(s)'s, or the pro se debtor's responsibility to serve notice of the meeting of creditors that includes the debtor's and, if applicable, the joint debtor's FULL social security number(s) on all creditors, and to file with the court a proof of service indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s).

If "Statement of SSN" is listed above, the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor's and, if applicable, the joint debtor's FULL social security number(s) to the trustee and all creditors. A proof of service, indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s), must be filed with the court.

   The following document(s) must be received by the bankruptcy clerk's office by 4/9/25. If documents were submitted and marked deficient, it may be because outdated forms were used, Please see page 2 for information on where to obtain current forms. Failure to resubmit documents on current forms may result in the case being dismissed. The Clerk's office will not compare revised forms to determine whether any information has been changed. To make changes to schedules, statements, and/or lists that have already been filed, these items should be marked "AMENDED" and should be submitted along with the appropriate fee, if necessary, and an amendment cover sheet (EDC Form 2–015).

   Form 122A–1 Statement of Monthly Income
   Schedule A/B – Real and Personal Property
   Schedule C – Exempt Property
   Schedule D – Secured Creditors
   Schedule E/F – Unsecured Claims
   Schedule G – Executory Contracts
   Schedule H – Codebtors
   Schedule I – Current Income
   Schedule J – Current Expend.
   Statement of Financial Affairs
   Summary of Assets and Liabilities

Filed 04/07/25
Filed 03/30/25

Case 25-02044
Case Number: 2025-21364 Case 25-21364 Doc # 4 Doc 12
Filed: 3/26/2025

EDC.002-780                                                                                          Page 2 of 2

**NOTICE IS FURTHER GIVEN** that the Court, without further notice, may dismiss this case unless the debtor does one of the following on or before the date specified above (if two dates are shown, the debtor must do the following on or before the earlier of the two dates):

1.   **Files all missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below;   **OR**

2.   **Files a motion for an extension of time to file the missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), motions for extensions of time must be filed prior to the expiration of the prescribed periods. Extensions of time to file schedules, statements, and other documents may be granted only on motion for cause shown and on notice to committees, the United States Trustee, trustee, examiner, and others as directed by the Court. See Fed. R. Bankr. P. 1007(c);   **OR**

3.   **Files a Notice of Hearing on the Court's Notice of Intent to Dismiss Case supported by a statement of the issue and evidence** with the Clerk, U.S. Bankruptcy Court by mail or in person at the address shown below, setting the hearing on **05/13/2025 at 09:30 AM at the U.S. Bankruptcy Court in Courtroom 32, 6th Floor , at the address shown below.** The Notice of Hearing and statement of the issue and evidence shall be served on the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

**NOTICE IS FURTHER GIVEN** that on or before the date specified above, the trustee, a creditor, or other party in interest may file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case to show cause why this case should not be dismissed with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. The Notice of Hearing shall set the hearing for the same date, time, and location as indicated in option 3 above, and shall be supported by a statement of the issue and evidence. The Notice of Hearing and statement of the issue and evidence shall be served on the debtor, debtor's attorney, if any, the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

*If no Notice of Hearing on the Court's Notice of Intent to Dismiss Case is filed, no hearing will be calendared.* **THEREFORE, YOU SHOULD NOT APPEAR AT THE DATE AND TIME INDICATED ABOVE UNLESS YOU FILED A NOTICE OF HEARING, OR UNLESS YOU ARE SERVED WITH A NOTICE OF HEARING FILED BY ANOTHER PARTY.**

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE. Failure to timely file the missing documents, to timely seek an extension of time, or to timely file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case may result in the automatic dismissal of this bankruptcy case without further notice.** If you have already complied with the above requirement(s), please disregard this notice.

Dated:  3/26/25                                          Scott Yach Clerk,
                                                        BY: tsef , Deputy Clerk
                                                        U.S. Bankruptcy Court
                                                        Robert T Matsui United States Courthouse
                                                        501 I Street, Suite 3-200
                                                        Sacramento, CA 95814
                                                        (916) 930-4400


**FORMS**
Individual forms and form packages are available on the court's website at
https://www.caeb.uscourts.gov/Forms/Index