

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Charise Denise Felton and Arthur James Felton Jr.

Bankruptcy Case No.: 2:25-bk-21364

Chapter 7

Adversary Proceeding No.: 25-02044-B

Mary Ann Belarmino-Spradlin, Plaintiff

v.

Charise Denise Felton and Arthur James Felton Jr., Defendants

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, _____Melissa Dailey_____, declare that I am over the age of 18 and not a party to this action.

My address is _____1010 Helen Power Dr. #1065, Vacaville, CA 95687_____.

On April 10, 2025, I served the following documents:

- Summons and Notice of Status Conference in an Adversary Proceeding

- Adversary Complaint with Exhibits

- Form 1040 Adversary Proceeding Cover Sheet

- Notice of Availability of Bankruptcy Dispute Resolution Program

- Order to Confer on Initial Disclosures and Setting Deadlines

I served the documents by placing a true and correct copy thereof in a sealed envelope, with first-class postage fully prepaid,

and depositing the same in the United States Mail at Sacramento, California, addressed as follows:

Charise Denise Felton

101 Clematis Street

Vacaville, CA 95687

Arthur James Felton Jr.

101 Clematis Street

Vacaville, CA 95687

Courtesy Service by Email Only:

Ethan J. Birnberg, Chapter 7 Trustee - trusteebirnberg@portersimon.com

Office of the United States Trustee - ustpregion17.sc.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: April 10, 2025

Sacramento, California

Signature: _____
ELECTRONICALLY SIGNED
Name of Declarant: Melissa Dailey