

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

FILED
JUN 17 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

Charise Denise Felton and Arthur James Felton Jr.

Bankruptcy Case No. 2:25-bk-21364

Chapter 7

Mary Ann Belarmino-Spradlin, Plaintiff

v.

Charise Denise Felton and Arthur James Felton Jr., Defendants

Adversary Proceeding No. 25-02044-B

REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Mary Ann Belarmino-Spradlin, respectfully requests that the Clerk of Court enter default against Defendants, Charise Denise Felton and Arthur James Felton Jr., pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend as required by law.

Proof of Service has been filed with the Court indicating that Defendants were properly served with the Summons and Complaint on April 10, 2025. The time allowed by law for Defendants to file an Answer or other response has expired, and no Answer or other responsive pleading has been filed.

Accordingly, Plaintiff respectfully requests that the Clerk of Court enter default against the Defendants so that Plaintiff may pursue appropriate relief through a Motion for Default Judgment.

Dated: June 13, 2025

Respectfully submitted,

*[signature]*

Mary Ann Belarmino-Spradlin

8013 Germander Court

Vacaville, CA 95687

Phone: (415) 559-9197

Email: Mrynnblrmn@gmail.com

Pro Se Plaintiff