|   |   |   |
|---|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT | |
| 2 | EASTERN DISTRICT OF CALIFORNIA | |

```
 1                    UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF CALIFORNIA
 2

 3   In re:                              )
     CHARISE DENISE FELTON AND ARTHUR    )   Case No. 25-21364-B-7
 4   JAMES FELTON, JR.                   )
                                         )
 5                                       )
                                         )
 6              Debtor(s).               )
                                         )
 7   _____      )
                                         )
 8   MARY ANN BELARMINO-SPRADLIN         )
                                         )   Adversary No. 25-02044
 9                                       )
                                         )
10              Plaintiff(s),            )
                                         )
11   vs.                                 )
                                         )
12   CHARISE DENISE FELTON AND ARTHUR    )
     JAMES FELTON, JR.                   )
13                                       )
                                         )
14              Defendant(s).            )
     _____      )

15       ENTRY OF DEFAULT AND ORDER RE: DEFAULT JUDGMENT PROCEDURES
         (This form is to be used for a single defendant only.  If you have
16       multiple defendants, please submit a separate form for each.)

17        It appears from the record that defendant _____

18   CHARISE DENISE FELTON                                       failed to

19   plead or otherwise defend in this proceeding as required by law.

20        Therefore, default is entered against defendant

21   CHARISE DENISE FELTON

22   as authorized by Federal Rule of Civil Procedure 55 as incorporated by

23   Federal Rule of Bankruptcy Procedure 7055.

24        The validity of service will also be considered by the court in

25   connection with the entry of Default Judgment.

26        (✗)  Plaintiff(s) shall apply for a default judgment within 30

27   days of the date of this order.  A "prove-up" hearing shall be

28   scheduled on the court's regular law and motion calendar on notice to


     EDC 003-727 (Rev. 3/2025)
```

the defendant pursuant to Local Rule 9014-1.  The request for default judgment may be supported by affidavit in lieu of live testimony.  Failure to comply with this order may result in the imposition of sanctions pursuant to Fed.R.Civ.P. 16(f), including, without limitation, dismissal of this adversary proceeding without further notice or hearing.

( ) Plaintiff(s) shall apply for a default judgment within 30 days of the date of this order.  The motion need not be set for hearing but shall be filed and served on the defendant.  The motion shall be supported by declarations or affidavits or other admissible evidence establishing liability and a right to the relief requested.  A proposed "Default Judgment" for the court's signature shall be lodged with the motion.  <u>See</u> Bankruptcy Rule 7055(b).  Failure to comply with this order may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 16(f) and 41(b), including, without limitation, dismissal of this adversary proceeding without further notice or hearing.

( ) Plaintiff(s) shall file supplemental declaration(s) documenting the source of the address(es) used for service of defendant.

( ) Plaintiff need not seek entry of judgment until resolution of the adversary proceeding as to all other parties. Fed. R. Civ. P. 54(b), incorporated by Fed. R. Bankr. P. 7054.

Dated: June 18, 2025

                                       Scott Yach, Clerk
                                       United States Bankruptcy Court

                                       By: *Michelle Peterson*
                                       Deputy Clerk

EDC 003-727 (Rev. 3/2025 )