|   |   |   |
|---|---|---|
| 1 | **UNITED STATES BANKRUPTCY COURT** | |
| 2 | **EASTERN DISTRICT OF CALIFORNIA** | |

```
In re:                           )   Case No. 25-21364-B-7
                                 )
CHARISE DENISE FELTON and        )   Adversary No. 25-2044
ARTHUR JAMES FELTON, JR.,        )
                                 )
                                 )
              Debtor(s).         )
_____)
                                 )
MARY ANN BELARMINO-SPRADLIN,     )
                                 )
                                 )
              Plaintiff(s),      )
                                 )
v.                               )
                                 )
CHARISE DENISE FELTON and        )
ARTHUR JAMES FELTON,JR.,         )
                                 )
                                 )
              Defendant(s).      )
_____)
```

**ORDER DISCHARGING ORDER TO SHOW CAUSE, CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT, AND DIRECTING SERVICE OF MOTION FOR DEFAULT JUDGMENT**

On June 4, 2025, the court entered an order for plaintiff Mary Ann Belarmino-Spradlin to prosecute this case by June 16, 2025, or show cause why this case should not be dismissed. Plaintiff requested the entry of defendants' Charise Denise Felton and Arthur James Felton, Jr., defaults on June 17, 2025. Defendants' defaults were entered on June 18, 2025. Plaintiff filed a motion for entry of default judgment on July 17, 2025. The motion for entry of default judgment has not been served or set for hearing.

Plaintiff having prosecuted this case as required by the order to show cause, the order to show cause is **DISCHARGED**, no further sanctions are ordered, and this adversary proceeding

remains pending.

Plaintiff shall serve the motion and file proof that the motion has been served by **August 19, 2025**. Plaintiff must also set the motion for a hearing on a date that is at least 28-days after the motion is served.

The status conference on August 5, 2025, at 11:00 a.m. is **CONTINUED** to **October 14, 2025, at 11:00 a.m.**

**IT IS SO ORDERED.**

**Dated:** July 29, 2025

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Mary Ann Belarmino-Spradlin
8013 Germander Ct
Vacaville CA 95687