UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:
Charise Denise Felton and Arthur James Felton Jr.
Debtors.

Mary Ann Belarmino-Spradlin,
Plaintiff,

v.

Charise Denise Felton and Arthur James Felton Jr.,
Defendants.

Bankruptcy Case No. 2:25-bk-21364

Adversary Proceeding No. 25-02044-B

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1), Plaintiff Mary Ann Belarmino-Spradlin hereby voluntarily dismisses the above-captioned adversary proceeding without prejudice.

Dated: August 17, 2025
Respectfully submitted,

Mary Ann Belarmino-Spradlin
8013 Germander Court
Vacaville, CA 95687
Phone: (415) 559-9197
Email: mrynnblrmn@gmail.com
Pro Se Plaintiff

FILED
AUG 20 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA